972 A.2d 486

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Jonathan ALLEN, Petitioner.**

**No. 26 EM 2009.**

Supreme Court of Pennsylvania.

May 21, 2009.

## ORDER

PER CURIAM.

**AND NOW,** this 21st day of May, 2009, the "Petition for Extension of Time to File Allowance of Appeal" and the "Application for Relief 123, Pursuant to Pa.R.Crim.P. Rule 122(c)(3); Motion for Appointment of Counsel for Allowance of Appeal to Your Honorable Supreme Court of Pennsylvania; as of Right Pursuant to *Com. v. Liebel*, 573 Pa. 375, 825 A.2d 630, 635 (2003)" are hereby denied.